Form ODSM (09/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Deanna M. Bazany**<br>400 Carrington<br>Waupun, WI 53963<br>SSN: xxx–xx–5703<br><br>**Debtor** | Case Number 10–04152–jrh<br><br>Chapter 13<br><br>Honorable Jeffrey R. Hughes |
|---|---|

## NOTICE OF ORDER DISMISSING CASE

Notice is given that on November 22, 2013 this Court signed an order dismissing the above noted case. You are advised that all further stay of proceedings are hereby terminated as of the date of entry of this order. If this was a Chapter 13 case, all orders which have been entered, if any, requiring the employer of the debtor to submit monies to the Chapter 13 trustee are hereby terminated as of the date of the dismissal order.

You are advised that there are certain legal effects to dismissal of a case that may affect the rights of the debtor and the parties to this case. Do not contact the Bankruptcy Court regarding the legal effect of a dismissal. You should consult with your attorney or contact the attorney for the debtor, if one was employed, whose name appears at the bottom of this notice.



Daniel M. LaVille
Clerk of Court

**Dated:** November 25, 2013

Attorney for Debtor   Janet S. Thomas
West MI Bankruptcy Clinic PC
P.O. Box 1225
Muskegon, MI 49443–1225
(231) 726-4823

[1] Aliases for Debtor Deanna M. Bazany : fka Deanna M. Peterson