Form **CLOSBK** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Deanna M. Bazany**<br>400 Carrington<br>Waupun, WI 53963<br>SSN: xxx–xx–5703<br><br>**Debtor** | **Case Number 10–04152–jrh**<br><br>**Chapter 13**<br><br>**Honorable Jeffrey R. Hughes** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Barbara P. Foley is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The chapter 13 case of the above named debtor(s) is closed.

Daniel M. LaVille
Clerk of Court

**Dated:** February 26, 2014

---

[1] *Aliases for Debtor Deanna M. Bazany : fka Deanna M. Peterson*