Form CLOSBKN (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Deanna M. Bazany**<br>400 Carrington<br>Waupun, WI 53963<br>SSN: xxx–xx–5703<br><br>**Debtor** | **Case Number 10–04152–jrh**<br><br>**Chapter 13**<br><br>**Honorable Jeffrey R. Hughes** |

# NOTICE OF CHAPTER 13 CASE CLOSED
# WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file a Certification of Completion of Instructional Course Concerning Personal Financial Management in compliance with 11 U.S.C. § 727(a)(11) & § 1328(g) and BR 1007(b)(7). If the debtor(s) wish to reopen the case to allow the filing of Financial Management Course Certificate, an appropriate motion must be filed with the Court pursuant to 11 U.S.C. 350(b).

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ An Order of Dismissal or an Order Denying/Revoking Discharge was issued by this Court.

☐ Reopening fee has not been paid.

☐ Pursuant to 11 U.S.C. § 1141(d)(5), a discharge of an individual Chapter 11 debtor will not be issued by the court until such time that the debtor has completed all payments due under the confirmed plan.

☐ Other.



Daniel M. LaVille
Clerk of Court

**Dated:** February 26, 2014

[1] *Aliases for Debtor Deanna M. Bazany : fka Deanna M. Peterson*